UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE,

Plaintiff,

-against-

WESTCHESTER COUNTY
DEPARTMENT OF CORRECTIONS,

Defendants.

26-cv-5261 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 29 2026, order, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted.

SO ORDERED.

Dated: September 29, 2026
New York, New York

/s/ Louis L. Stanton
Louis L. Stanton
United States District Judge